SCWC-14-0000696

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOSHUA WILLIAMS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000696; CR. NO. 10-1-0626)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nakasone, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on May 9, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 22, 2016.

| | |
|---|---|
| Peter Van Name Esser and Myles S. Breiner for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Stephen K. Tsushima for respondent | /s/ Sabrina S. McKenna |
| | /s/ Michael D. Wilson |
| | /s/ Karen T. Nakasone |

